No. 241. BISHOPRIC ET AL. v. CITY OF JACKSON ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Frank H. Shaffer, Jr.* and *William R. Collins* for petitioners. *Mr. W. E. Morse* for the City of Jackson, and *Messrs. Marcellus Green, Edwin R. Holmes, Jr.,* and *Garner W. Green* for Mississippi Power & Light Co., respondents. ▆

No. 246. NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC. v. WICKARD, SECRETARY OF AGRICULTURE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Milo R. Kniffen* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, J. Stephen Doyle, Jr., W. Carroll Hunter,* and *Robert L. Stern* for respondent. ▆

No. 247. NEW YORK HANDKERCHIEF MFG. CO. v. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David Silbert* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Melva M. Graney* for the United States. ▆

No. 268. 18TH STREET LEADER STORES, INC. v. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David J. Shorb* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark,*

726

*Jr.,* and *Messrs. Sewall Key, A. F. Prescott,* and *Homer R. Miller* for the United States.

No. 251. COUNTY OF WESTCHESTER ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Frank J. Claydon* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States.

No. 254. NORTHWESTERN MUTUAL FIRE ASSOCIATION ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Corwin S. Shank* and *Horatio C. Belt* for petitioners. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 257. RUSSIAN GREEK CATHOLIC CHURCH OF ST. JOHN THE BAPTIST ET AL. *v.* MCAULIFFE ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied. *Mr. Philip Reich* for petitioners. *Messrs. James C. Shannon, Allan E. Brosmith,* and *Thomas F. Garrahan* for respondents.

No. 260. CUMMER-GRAHAM Co. *v.* STRAIGHT SIDE BASKET CORP. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit